**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WITTE WOLK BV,**

    **Plaintiff,**

v.                            Case No. 8:12-cv-2868-T-30AEP

**LEAD BY SALES, LLC, a Florida limited**
**liability company doing business as White**
**Cloud Cigarettes,**

    **Defendant.**
_____/

# **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for an Order Disallowing and Striking the Testimony and Reports of Defendant's Untimely Disclosed Supplemental Experts (Dkt. 65) and Defendant's Response in Opposition (Dkt. 67).

On January 24, 2014, the Court held a telephonic hearing on Plaintiff's motion. The Court heard argument from both parties' counsel. For the reasons stated on the record, it is therefore

**ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for an Order Disallowing and Striking the Testimony and Reports of Defendant's Untimely Disclosed Supplemental Experts (Dkt. 65) is denied.

2. The parties may move for an extension of the case management deadlines if necessary.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-2868.mtstrike.frm