UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WITTE WOLK BV,**

    **Plaintiff,**

v.                                      Case No.  8:12-cv-2868-T-30AEP

**LEAD BY SALES, LLC, a Florida limited
liability company doing business as White
Cloud Cigarettes,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motions in Limine Related to Defendant's Expert, Dr. Martin Biggs (Dkts. 105 & 106).  On July 29, 2014, the Court conducted a hearing on the Motions in Limine.  After discussion with counsel for both parties, Defendant's counsel stated on the record that Defendant would call Dr. Richard Schmidt to testify as its expert on the relevant issues; thus, Dr. Biggs' expert testimony was no longer needed.  Therefore, as further explained on the record, it is

ORDERED AND ADJUDGED that:

1.     Plaintiff's Motions in Limine Related to Defendant's Expert, Dr. Martin Biggs (Dkts. 105 & 106) shall be terminated as moot.

**DONE** and **ORDERED** in Tampa, Florida on July 29, 2014.

                                                              JAMES S. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record